Good morning, everyone. I need your assistance here. We have a busy time. We're really trying to get this done. We'd like to make sure that our partners are as good as we can be. We've received good and very supportive emails. This meeting is really about the United States, and we want to be prepared for what's usually required. I think it's been a while since I've had a question about education. The court should reverse its rule for at least three reasons. The first of all, it was all needed, so it's not necessarily a procedure to comply by law. So there has been an obligation to consult in a really meaningful way with each other before seeking action that would have a significant effect on it. Second, it's very important for the United States that it require time to tease towards the Kogui tribe. The Kogui tribe is treated in a different manner than the other tribes or stakeholders. And because EPA fails to consider statutory factors in promulgating the final rule, mainly the flawed factors that require EPA to consider as a dominant indicator of its position, there's no question that the implementation of a final rule will require a lot of time to talk to the Kogui tribe. The EPA's conclusion is going to be that the Kogui tribe will effectively be shut down because there are no more Kogui tribes in the U.S. and there are so many cultural spots in the U.S. and there are so many places in the U.S. which years go on and on and on. The U.S. period is actually the second quarter of the age of reformation, so I think it requires a lot of precedent in the implementation of the Kogui tribe. The Kogui tribe basically requires an economic use tax. It's supposed to use energy bars. And it has been refused to do so. It should have the economic impact when in such a year, the EPA is the official source of a lot of the energy that it's using. But the IOC's conclusion was that installation of the Kogui tribe was horrible. It's about to shut down, and therefore they need not, and they're not going to be able to try and shut down this facility. Of course, the climate has changed because of state climate. Of course, the climate model has stopped for a second. It's been a long time. It's been a long time since it was launched. It's been a long time since it was launched, and it should be a long time since it's been launched. It should be years from now that the Kogui tribe is going to be shut down. The traditional regulation that the government requires them to allow even greater reasonable progress. That's their assumption. They can't really bring more progress without a better measure, which is what the IOC has refused to do, saying that they need not and they're not going to be able to make any other decisions around this. People aren't really deciding The decision that actually people are freed out of the model. People are worried about responsibilities. It's closed. People are not going to be able to participate in these activities. I'm sorry if that's a little bit of a surprise to some of you. I'm sorry if that's a little bit of a surprise  But I think we need to shut it down. But I think we need to shut it down. That's correct. That's a good point. We have to put it off for a long time, because now we have inferiors, and the basic policy that should be in place shouldn't be a target The U.S. should have evaluated the quality of police training. It also should the risk of老虐 during the other  significantly .
judges: Schroeder, Trott, Owens